UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOOKXCHANGE FL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOOK RUNNERS, LLC, et al.,<br><br>Defendants. | Case No. 19-CV-1099-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AMAZON.COM'S COMPLIANCE WITH SUBPOENA |

This matter comes before the Court on plaintiff's "Motion to Compel Amazon.com Inc.'s Compliance with Subpoena" (Dkt. #1) and "Stipulated Motion to File Under Seal Five Reply Exhibits" (Dkt. #10). Plaintiff moves to compel Amazon.com, Inc.'s ("Amazon") compliance with a subpoena in this district under Federal Rule of Civil Procedure Rule 45(d)(2)(B)(i). The underlying action is *BookXchange FL, LLC v. Book Runners, LLC, et al.*, No. 19-CV-506 (N.D. Ill.).

Local Civil Rule ("LCR") 37(a)(1) provides,

> Any motion for an order compelling disclosure or discovery must include a certification, in the motion or in a declaration or affidavit, that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to resolve the dispute without court action. The certification must list the date, manner, and participants to the conference. If the movant fails to include such a certification, the court may deny the motion without addressing the merits of the dispute. A good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephone conference.

ORDER DENYING MOTION TO COMPEL - 1

LCR 37(a)(1). The Court, having reviewed the parties' briefing, supporting declarations, and exhibits, finds plaintiff's motion failed to include the requisite LCR 37(a)(1) certification.

Accordingly, plaintiff's motion to compel (Dkt. #1) is DENIED without prejudice. See LCR 37(a)(1). Plaintiff's alternative request to transfer this matter to the Northern District of Illinois for decision is DENIED as moot. Pursuant to LCR 5(g)(3), plaintiff's unopposed motion to file under seal Exhibits A through E to its reply (Dkt. #10) is GRANTED.

IT IS SO ORDERED.

DATED this 5th day of February, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge